# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Patrick Turner<br><br>PLAINTIFF(S),<br>v.<br>County of San Bernardino Sheriff's, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>EDCV 12-1835-SVW (DTB)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:<br>☐ FULL FILING FEE<br>☑ INITIAL PARTIAL FILING FEE |

On  October 29, 2012 , plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $  7.00  within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

March 6, 2013
Date

United States Magistrate Judge